HEATH & OTHERS, Respondents, *vs.* WALTHER, Appellant.

1. No exceptions saved in a case originally begun before a justice of the peace. Judgment affirmed.

*Appeal from St. Louis Law Commissioner's Court.*

*Kribben & Delafield,* for appellant. The plaintiffs had no right to sue, and this is patent on the record.

*Blennerhassett & Shreve,* for respondent.

RYLAND, Judge. This was an action by plaintiffs, described as trustees of Ebenezer Chapel, against the defendant, before a justice of the peace. Judgment was given before said justice in favor of the defendant. The plaintiffs appealed to the law commissioner's court, where judgment was rendered for the plaintiffs for $12 50.

The record shows that no exception was taken to any act of the court below; no bill of exceptions in the case; no instructions asked; no motion for a new trial; nor any thing saved whereby this court can be properly called upon to interfere. No reason whatever appearing for reversing this judgment, it, therefore, will be affirmed; the other judges concurring.